

# U.S. District Court

## Virginia Eastern - Alexandria

Receipt Date: Jun 26, 2026 3:17PM

DAGMAR ROSATO

Rcpt. No: 100017195                Trans. Date: Jun 26, 2026 3:17PM                Cashier ID: #JB (3392)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CH | Check | #123 | 06/26/2026 | | $405.00 |

|  | Total Due Prior to Payment: | $405.00 |
|---|---|---|
|  | Total Tendered: | $405.00 |
|  | Total Cash Received: | $0.00 |

**Comments**: NEW CASE# - 1:26cv1852

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.